**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00530-CR

### ALBERT AYALA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1142504-L**

## ORDER

The State's April 10, 2015 motion to extend the time for filing a brief is **GRANTED**.

The State's brief, received on April 10, 2015, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE